**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**WILLIAM PETERSON,**

**Plaintiff,**

**v.** **Case No. 3:26-cv-4677-MCR-HTC**

**STATE OF FLORIDA, et al.,**

**Defendants.**

_________________________/

# ORDER

The Magistrate Judge issued a Report and Recommendation on July 22, 2026 (ECF No. 3). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF No. 3) is adopted and incorporated by reference in this Order.

2. This case is DISMISSED without prejudice pursuant to *Younger v. Harris*, 401 U.S. 37 (1971).

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 4th day of November 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**